BEST & Co. *v.* UNITED STATES

No. 6745.—Invoices dated Glasgow, Scotland, July 9, 1943, etc.
Certified July 1943, etc.
Entered at New York, N. Y., August 13, 1943, etc.
Entry No. 704871, etc.

(Decided January 13, 1947)

*James W. Bevans* for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

TILSON, Judge: The appeals listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon a stipulation to the effect that the issues herein are similar in all material respects to the issues involved in *United States* v. *Pitcairn*, C. A. D. 334, and the record in that case has been admitted in evidence herein.

Accepting this stipulation as a statement of fact, and following the cited authority, I find and hold the proper dutiable export values of the merchandise covered by these appeals to be the values found by the appraiser, less any amounts added by the importer to meet advances made by the appraiser in similar cases then pending on appeal. Judgment will be rendered accordingly.

INTER-MARITIME FWDG. CO., INC., ET AL. *v.* UNITED STATES

No. 6746.—Invoices dated London, England, October 18, 1941, etc.
Certified October 18, 1941, etc.
Entered at New York, N. Y., November 26, 1941, etc.
Entry No. 726488, etc.

(Decided January 13, 1947)

*Tompkins & Tompkins (J. Stuart Tompkins* of counsel) for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

KINCHELOE, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.